**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

MAR 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALICIA M. FIEDZIUSZKO; SLAWOMIR J. FIEDZIUSZKO, <br><br> Petitioners-Appellants, <br><br> v. <br><br> COMMISSIONER OF INTERNAL REVENUE, <br><br> Respondent-Appellee. | No. 18-73342 <br><br> Tax Ct. No. 15229-15 <br><br> MEMORANDUM[*] |

Appeal from a Decision of the
United States Tax Court

Submitted March 3, 2020[**]

Before:    MURGUIA, CHRISTEN, and BADE, Circuit Judges.

Alicia Fiedziuszko and Slawomir Fiedziuszko appeal pro se from the Tax

Court's order finding deficiencies in their income tax for tax year 2012. We have

jurisdiction under 26 U.S.C. § 7482(a). We review for "clear error the Tax Court's

factual determination that a taxpayer has failed to produce sufficient evidence to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

substantiate a deduction." *Sparkman v. Comm'r*, 509 F.3d 1149, 1159 (9th Cir. 2007).  We affirm.

The Tax Court did not clearly err in determining that the Fiedziuszkos failed to produce sufficient evidence to demonstrate their entitlement to further deductions for expenses related to business expenses, medical and dental expenses, and noncash charitable contributions.  *See* 26 U.S.C.A. §§ 170, 213(a), 274(d), 6001; 26 C.F.R. §§ 1.170A–1(c), 1.170A-13(b), 1.213-1(h), 1.6001-1(a); *Sparkman*, 509 F.3d at 1159 (9th Cir. 2007) (taxpayer bears burden of clearly showing right to claimed deduction).

**AFFIRMED.**